**CHIEF JUSTICE**
 ROGELIO VALDEZ

**JUSTICES**
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

**CLERK**
 DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 15, 2015

Hon. Anne Lorentzen
District Clerk
901 Leopard, Suite 313
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-12-00394-CR
Tr.Ct.No.  12-CR-797-G
Style:     MARCUS DURHAM v. THE STATE OF TEXAS

        The judgment of the trial court was AFFIRMED by this Court on 9/11/2014.    The mandate is enclosed.

        Tex R. App. P. 51.2(a)(1) provides that the clerk of the trial court shall send an acknowledgment to the clerk of the appellate court of the receipt of the mandate.  Please review the requirements of Tex. R. App. P. 51.2(b) regarding the issuance of a capias in cases in which the trial court's judgment is affirmed and the defendant is not in custody.

        Please sign the attached acknowledgment of receipt of the mandate and submit through the TAMES Records Submission Portal (RSP) as soon as possible.

                          Very truly yours,

                          *Dorian E. Ramirez*

                          Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Stephen W. Byrne (DELIVERED VIA E-MAIL)
      Hon. Douglas K. Norman (DELIVERED VIA E-MAIL)
      Mr. Marcus Durham
      Hon. Mark Skurka (DELIVERED VIA E-MAIL)

_____
I  hereby  acknowledge  receipt  of  the  mandate  in  cause  no.  13-12-00394-CR  this
_____ day of _____, 2015.

                          District/County Clerk,

                          By :_____